IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02669-REB-KLM

DELMAR WYATT,

    Plaintiff,

v.

CENTURYLINK, INC., formerly known as QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order Concerning Confidential Information** [Docket No. 24; Filed February 28, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Stipulated Protective Order Concerning Confidential Information is accepted with interlineations and entered contemporaneously with this Minute Order.

Dated: March 1, 2012