**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02669-REB-KLM

DELMAR WYATT,

    Plaintiff,

v.

CENTURYLINK, INC, formerly known as Qwest Communications International , Inc.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal** [#30][1] filed April 5, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#30] filed April 5, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for November 16, 2012, is **VACATED**;

3. That the jury trial set to commence December 3, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated April 5, 2012, at Denver, Colorado.

                             **BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge